UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE SECTION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| VS. | ] | CRIM. CASE NO. 3:13-CR-00038 |
| | ] | JUDGE HAYNES |
| JAIME MIRANDA-SAUCEDA | ] | |

MOTION FOR CHANGE OF PLEA HEARING

[Handwritten annotations: Granted. This matter is set for a change of plea hearing on February 28, 2014 at 3:30 p.m. / Williams / 2-18-14]

Comes the Defendant, through counsel, and moves the Court to schedule a change of plea hearing for the Defendant. The Defendant and the Government have reached an accord, and the Defendant intends to enter a plea of guilty.

Respectfully Submitted,

s/ Dwight E. Scott
BOPR No. 016892
4024 Colorado Ave.
Nashville, TN 37209
615-292-6865
FAX 615-292-6865

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been provided to Asst. U.S. Attorney Hilliard Hester, hilliard.hester@usdoj.gov, Suite A-961, 110 Ninth Ave. South, Nashville, TN 37203, via the court's electronic filing system on this the 14tth day of February, 2014. Other parties to the case may be served via other means.

s/ Dwight E. Scott